```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF OREGON
```

JOHN CALVERT,                                       CV. 07-1466-JE

        Plaintiff,                          ORDER

   v.

J.E. THOMAS,

        Defendant.

JELDERKS, Judge.

    On April 9, 2008, plaintiff filed a document entitled "Motion for Summary Judgment" in which he asks the court to enter default judgment against defendant based on his failure to respond to plaintiff's Complaint.  Default judgment is not appropriate because summons did not issue until April 9, 2008, the same date plaintiff filed his Motion.  Accordingly, plaintiff's Motion (#14) is DENIED.

    IT IS SO ORDERED.

    DATED this __12th__ day of May, 2008.

                                                      __/s/ John Jelderks__
                                                      John Jelderks
                                                      United States Magistrate Judge

1 - ORDER