FILED' 10 MAY 07 15:04 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOHN L. CALVERT,

       Plaintiff,

       Civil No. 07-1466-JE

v.

       ORDER

J.E. THOMAS,

       Defendant.

---

HAGGERTY, District Judge:

    Magistrate Judge Jelderks has issued a Findings and Recommendation [47] in this action. The Magistrate Judge recommends dismissing this case as moot. Plaintiff, acting *pro se*, filed timely objections. For the following reasons, this court adopts the Findings and Recommendation.

1 - ORDER

**STANDARDS**

When a party objects to any portion of a Findings and Recommendation, the district court must conduct a de novo review. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). The court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

**DISCUSSION**

Plaintiff brings this prisoner civil rights action seeking injunctive relief against the warden of Federal Correctional Institute (FCI) at Sheridan, Oregon. Subsequent to initiating this suit, plaintiff was transferred by the Bureau of Prisons to FCI-Bastrop, Texas. A prisoner's claims for injunctive relief relating to prison conditions are mooted by transfer to another institution. *Johnson v. Moore*, 948 F.2d 517, 519 (9th Cir. 1991) (per curiam). Accordingly, the Findings and Recommendation must be adopted and plaintiff's case must be dismissed.

**CONCLUSION**

The Findings and Recommendation [47] is adopted. This case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated this 7 day of May, 2010.

／s／ Ancer L. Haggerty
Ancer L. Haggerty
United States District Judge